# UNITED STATES DISTRICT COURT
## District of Minnesota

Joffre Alexander Jara Llangari

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood, Warden

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-00962-JRT-SGE

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT: The Court's Memorandum and Order 7 and Order 9 have been satisfied.

Date: 2/12/2026

KATE M. FOGARTY, CLERK